**STATE of Missouri, Respondent,**

v.

**Bradley S. WILKINS, Appellant.**

**No. WD 74142.**

Missouri Court of Appeals,
Western District.

Nov. 6, 2012.

Kevin Locke, Kirksville, MO, for appellant.

Matt Wilson, Kirksville, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART, JR. and KAREN KING MITCHELL, Judges.

## ORDER

**PER CURIAM.**

Bradley Wilkins was convicted on misdemeanor charges of possessing drug paraphernalia and resisting a lawful stop. On appeal, he contends the circuit court erred in overruling his motion to suppress and admitting at trial statements that he made to a police officer and his parole officer while in custody. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of convictions.

AFFIRMED. Rule 30.25(b).